### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

LARRY C. CANNON,                :

    Plaintiff,                :
vs.                                              CA 05-0714-BH-C
                                  :
JO ANNE B. BARNHART,
Commissioner of Social Security, :

    Defendant.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation (Doc. 15) of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 18, 2006, is **ADOPTED** as the opinion of this Court.

**DONE** this 18th day of October, 2006.

                                                      s/ W. B. Hand
                                          SENIOR DISTRICT JUDGE