# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

LARRY C. CANNON, :

    Plaintiff, :
vs.                                       CA 05-0714-BH-C
                                       :
JO ANNE B. BARNHART,
Commissioner of Social Security, :

    Defendant.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying claimant benefits be **REVERSED** and **REMANDED** pursuant to sentence four of § 405(g), *see Melkonyan v. Sullivan*, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991), for further proceedings not inconsistent with this decision.  The remand pursuant to sentence four of § 405(g) makes the plaintiff a prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, *Shalala v. Schaefer,* 509 U.S. 292, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993), and terminates this Court's jurisdiction over this matter.

    **DONE** this 18th day of October, 2006.

                                                                 s/ W. B. Hand
                                                      SENIOR DISTRICT JUDGE