## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| LARRY C. CANNON, | : | |
| Plaintiff, | : | |
| vs. | : | CA 05-0714-BH-C |
| LINDA S. MCMAHON,<br>Acting Commissioner of Social<br>Security, | :<br><br>: | |
| Defendant. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 29, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** this 27th day of February, 2007.

                                                              s/ W. B. Hand
                                                         SENIOR DISTRICT JUDGE