IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **LARRY C. CANNON,** | : | |
| Plaintiff, | : | |
| vs. | : | CA 05-0714-CG-C |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security,** | | |
| | : | |
| Defendant. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 15, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 30th day of December, 2008.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**