IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **LARRY C. CANNON,** | : | |
| Plaintiff, | : | |
| **vs.** | : | CA 05-0714-CG-C |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security,** | | |
| | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner receive as an attorney's fee for services rendered in this Court the sum of $4,886.50 pursuant to 42 U.S.C. § 406(b). Upon receipt of this award, petitioner is to refund to plaintiff the smaller EAJA attorney-fee award made in this case of $1,800.00.

**DONE** and **ORDERED** this 30th day of December, 2008.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**